ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,        21 MC 00795 (LLS)
                                      ORDER

    - against -

MTRX HOLDINGS II, LLC

                Defendant.
- - - - - - - - - - - - - - - - - - X

    Innovatus's motion to compel documents responsive to its subpoena is granted, to the extent that the numbered Requests in the subpoena are amended and enforced as follows:

    <u>Request No. 1.</u> Allowed with the words "and/or any Affiliated business" (which appear twice) stricken.

    <u>Request No. 2.</u> Same as No. 1, and also strike "and related transaction documents" and "all communications related to any such transactions".

    <u>Request No. 3.</u> To be rewritten as "Documents containing any valuation of MV Realty or the RTL business, or both, or your investments therein."

    <u>Request No. 4.</u> Stricken as overbroad and overburdensome

    <u>Request No. 5.</u> Same as No. 4

    <u>Request No. 6.</u> Same as No. 4

    <u>Request No. 7.</u> To be rewritten as "All studies or appraisals of existing or potential markets for RTL transactions."

-2-

So Ordered.

Dated:   New York, New York
         January 6, 2022

                                    _____
                                    LOUIS L. STANTON
                                       U.S.D.J.